IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sonny Junior Rodriguez, ) | No. CV 05-3852 PHX NVW (JI) |
| Petitioner, ) | **ORDER** |
| vs. ) | |
| Andrew G. Klein, et al., ) | |
| Respondents. ) | |

Before the court are Petitioner's amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (doc. # 7), United States Magistrate Judge Jay R. Irwin's Report and Recommendation (doc. # 16), and Petitioner's Objection to Report and Recommendation of the Magistrate Judge (doc. # 17).

The court has considered Petitioner's objections and reviewed the Report and Recommendation de novo. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that the court must make a de novo determination of those portions of the Report and Recommendation to which specific objections are made). The court agrees with the magistrate judge's determinations, accepts his recommended decision within the meaning of Rule 72(b), Fed. R. Civ. P., and overrules Petitioner's objections. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate").

1       IT IS THEREFORE ORDERED that the Report and Recommendation of Magistrate
2  Judge Irwin (doc. # 16) is accepted.
3       IT IS FURTHER ORDERED that Petitioner's amended Petition for Writ of Habeas
4  Corpus pursuant to 28 U.S.C. § 2254 (doc. # 7) is dismissed with prejudice.
5       IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment
6  accordingly and terminate this action.
7       DATED this 28th day of June 2006.

_____
Neil V. Wake
United States District Judge